# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

___2L, Inc.___
  Plaintiff

V.

___Harvey Tool Co., LLC___
  Defendant

CIVIL ACTION

NO. __1:16-12020-WGY__

## SETTLEMENT ORDER OF DISMISSAL

___YOUNG, DJ___

The Court having been advised on __October 30, 2017__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty(30) days if settlement is not consummated.

By the Court,

__10/30/2017__
  Date

__/s/ Jennifer Gaudet__
  Deputy Clerk