UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 2L INC., <br>     Plaintiff <br> v. <br> HARVEY TOOL COMPANY, LLC, <br>     Defendant. <br><br> HARVEY TOOL COMPANY, LLC, <br>     Counter-Plaintiff <br> v. <br> 2L INC., <br>     Counter-Defendant. | Civil Action No. 1:16-cv-12020-WGY <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant 2L, Inc. ("Plaintiff" or "2L") and Defendant and Counter-Plaintiff Harvey Tool Company, LLC ("Defendant" or "Harvey Tool"), (collectively referred to herein as the "Parties") stipulate to the dismissal with prejudice of all claims, counter-claims, and defenses asserted in the above-captioned action. The Parties further stipulate that each party (a) will bear its own costs and attorneys' fees and (b) waives its right to appeal.

Respectfully submitted this 3rd day of November, 2017.

| 2L INC. | HARVEY TOOL COMPANY, LLC |
|---|---|
| By and through counsel | By and through counsel |
| */s/ Catherine I. Rajwani* | */s/ Michael E. Attaya* |
| Catherine I. Rajwani (BBO# 674443) | Michael E. Attaya (BBO #548297) |
| Lucia A. Passanisi (BBO# 691189) | Michael R. Reinemann (BBO #556808) |
| THE HARBOR LAW GROUP | Cesari and McKenna, LLP |
| 300 West Main Street, Building A, Unit 1 | 88 Black Falcon Avenue |
| Northborough, MA 01532 | Boston, MA 02210 |

**Stipulation as to Authenticity - 1**

Phone: (508) 393-9244  Telephone: (617) 951-2500
Fax: (508) 393-9245  Facsimile: (617) 951-3927
crajwani@harborlaw.com  mattaya@c-m.com
passanisi@harborlaw.com  mrr@c-m.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Lucia A. Passanisi*

**Stipulation as to Authenticity - 2**